BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | D.C. NO. 2:12-MJ-208 GGH |
| v. | ) | ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| MICHAEL ALTIT, | ) | |
| Defendant. | ) | |

    The government's request to unseal the Complaint and this case
is GRANTED.

SO ORDERED:

DATED: August 14, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE